**Order entered September 22, 2022**



**In The
Court of Appeals
Fifth District of Texas at Dallas**

**No. 05-21-00995-CR
No. 05-21-01076-CR**

**MARTIN DAVILACONTRERAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court
Dallas County, Texas
Trial Court Cause No. F-2141089-R**

**ORDER**

By this order, we remove this case from submission on October 5, 2022, and set the case for submission today, September 22, 2022.  *See* TEX. R. APP. P. 2.

/s/  DENNISE GARCIA
    PRESIDING JUSTICE